# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David F. Bishop, et al., | NO. CV-14-00228-PHX-JJT |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| P.I.C. Construction Incorporated, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 24, 2015, which granted the Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff David F. Bishop. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

July 24, 2015

By   s/ Kenneth G. Miller
     Deputy Clerk