IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David F. Bishop, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>P.I.C. Construction Incorporated, et al.,<br><br>   Defendants. | NO. CV-14-00228-PHX-JJT<br><br>**AMENDED**<br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 29, 2015, judgment is entered in favor of plaintiffs and against defendants. Judgment is entered in favor of Settling Plaintiff Jason S. Conner and against Defendants P.I.C. Construction, Inc., Pablo P. Curiel and Jane Doe Curiel in the amount of $6,000.00.  Judgement is entered in favor of Settling Plaintiff Nathan C. Adkins and against Defendants P.I.C. Construction, Inc., Pablo P. Curiel and Jane Doe Curiel in the amount of $8,000.00.  Judgment is entered in favor of Settling Plaintiff Jeffrey A. Kolb and against Defendants P.I.C. Construction, Inc., Pablo P. Curiel and Jane Doe Curiel, in the amount of $4,000.00.  Interest on the awarded amounts to the Settling Plaintiffs shall be awarded at the applicable statutory rate from the date of the original judgment until the principal balance and all accrued interest is paid.  Judgment is entered in favor of Settling Plaintiffs and against Defendants P.I.C. Construction, Inc., Pablo P. Curiel and Jane Doe

1  Curiel in the amount of $42,000 for the Settling Plaintiffs' reasonable attorneys' fees and
2  $5,588.49 in costs incurred by Settling Plaintiffs' Counsel.

                                      Brian D. Karth
                                      District Court Executive/Clerk of Court

September 29, 2015

                                           s/ Erica Aragon
                                By   Deputy Clerk